DARRYL J. HOROWITT #100898
SHERRIE M. FLYNN #240215
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830


Attorneys for Nonparty,
GUARDIAN ALLIANCE TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Subpoena to<br>GUARDIAN ALLIANCE<br>TECHNOLOGIES, INC.,<br><br>                    Nonparty,<br><br>MILLER MENDEL, INC.; and TYLER<br>MILLER,<br><br>                    Plaintiffs,<br><br>     v.<br><br>THE CITY OF OKLAHOMA CITY,<br><br>                    Defendant. | **No. 2:20-mc-00018-WBS-DB**<br><br>**STIPULATON TO TRANSFER SUBPOENA-RELATED MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(f) AND ORDER**<br><br>(Subpoena issued from U.S. District Court for the Western District of Oklahoma, *Miller Mendel, Inc. et al. v. The City of Oklahoma City,* No. CIV-18-990-JWD) |

     This stipulation is entered into by and between GUARDIAN ALLIANCE TECHNOLOGIES, INC. ("Guardian"), and MILLER MENDEL, INC. and TYLER MILLER (collectively, "Miller Mendel"), by and through their respective attorneys as follows:

### RECITALS

     This stipulation is entered into with the following facts taken into consideration:

     A.     On or about January 7, 2020, Miller Mendel served Guardian with a nonparty subpoena (the "Guardian Subpoena") pursuant to a patent infringement lawsuit in the U.S. District

Court for the Western District of Oklahoma, captioned as *Miller Mendel, Inc. et al. v. The City of Oklahoma City*, Case No. CIV-18-990-JWD.

B.      On or about January 24, 2020, Guardian moved this Court to quash the Guardian Subpoena (the "Motion"). A hearing on the Motion is set for March 13, 2020 at 10:00 a.m.

C.      On or about February 25, 2020, Miller Mendel and Guardian, through their respective attorneys, met and conferred telephonically pursuant to Eastern District of California Local Rule 251. During the conference, Guardian agreed to transfer the Motion pursuant to Federal Rules of Civil Procedure, Rule 45(f).

D.      The parties now desire to have the Motion transferred to the U.S. District Court for the Western District of Oklahoma.

**STIPULATION**

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties stipulate as follows:

1.      The parties consent to transfer the Motion to the U.S. District Court for the Western District of Oklahoma.

2.      Guardian specifically reserves its right to object to personal jurisdiction and venue in the U.S. District Court for the Western District of Oklahoma, if later added as a party to the underlying action, and for all purposes other than resolution of the instant Motion.

DATED:  March 4, 2020                                COLEMAN & HOROWITT, LLP


By:   /s/ Sherrie M. Flynn
          DARRYL J. HOROWITT
          SHERRIE M. FLYNN
          Attorneys for Nonparty
          GUARDIAN ALLIANCE
          TECHNOLOGIES, INC.

DATED: March 3, 2020                         BUCHALTER


                                             By:   /s/ Robert S. McWhorter
                                                   ROBERT S. McWHORTER
                                                   Attorneys for MILLER MENDEL,
                                                   INC. and TYLER MENDEL

## **ORDER**

    The parties having so stipulated, and good cause appearing therefor, nonparty Guardian

Alliance Technologies, Inc.'s Motion to Quash the Subpoena served by Miller Mendel, Inc. and

Tyler Miller is hereby transferred to the U.S. District Court for the Western District of Oklahoma.

    IT IS SO ORDERED.

DATED: March 4, 2020                    /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE